# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 4, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-6562,  <u>US v. Steven Kelly</u>
                      5:22-hc-02025-BO

TO:    Steven James Kelly

TRANSCRIPT ORDER DUE:  August 7, 2025

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry [selecting "corrected" from the drop-down menu].

| |
|---|
| **[ X]** Please file corrected transcript order form, identifying proceedings on 05/30/2023 & 06/29/2023 |
| **[ X]** Please make satisfactory financial arrangements and refile transcript order form indicating such arrangements have been made. |

Jeffrey S. Neal, Deputy Clerk
804-916-2702